# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDER REED, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case No. 1:09-cv-01895 (GK) |
|  | ) |
| WASHINGTON GAS LIGHT COMPANY, | ) |
|  | ) |
| Defendant. | ) |

## AFFIDAVIT OF NIMMIE HICKMAN

County of Fairfax,
Commonwealth of Virginia

I, Nimmie Hickman, having been duly sworn, say:

1. I am Manager of Energy Acquisition for Washington Gas Light Company (Washington Gas). Washington Gas is the natural gas distribution utility in the Washington metropolitan area, including Northern Virginia.

2. In my position at Washington Gas, I have responsibility for Gas Control, among other things. Gas Control is located at the Springfield Operations Center (SOC), 6801 Industrial Road, Springfield, Virginia, which is in Fairfax County, Virginia.

3. Wilder Reed was a Gas Controller II in Gas Control. Mr. Reed reported directly to the supervisor of Gas Control, Daniel Green. Mr. Green reports to me, and both he and I have our offices at SOC.

4. The employment records of Gas Control employees are maintained in the Human Resources Department, which is also located at SOC. It was the

Director of Human Resources who notified Wilder Reed on February 13, 2009, of the Gas Control decision to terminate his employment for cause. The decision to terminate Mr. Reed for cause was made by business unit management, whose offices are also located at SOC.

5. I have personal knowledge of the matters contained herein and am competent to testify thereto.

_____
Nimmie Hickman

Subscribed and sworn to before me this 7th day of January, 2010.

_____
NOTARY PUBLIC

My Commission expires: February 28, 2010