UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Wilder Reed ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case Number: 1:10cv223 (LMB/TCB) |
| v. ) | |
| ) | |
| Washington Gas Light Company ) | |
| ) | |
| Defendant. ) | |

ORDER

Counsel for Plaintiff, Morris E. Fischer, has come before this Honorable Court requesting to withdraw his appearance as Plaintiff's counsel. This Court hereby finds good cause for such withdrawal, and counsel's request is hereby **GRANTED**.

It is hereby **ORDERED** that Plaintiff's request to stay all proceedings and due dates in the above-captioned matter for at least sixty (60) calendar days is hereby **GRANTED**.

Date: _____

_____
Honorable Judge