# MORRIS E. FISCHER
ATTORNEY AT LAW
AIR RIGHTS CENTER
4550 MONTGOMERY AVENUE, SUITE 60IN
BETHESDA, MARYLAND 20814
TEL 800-294-1317  TEL 301-469-3498
FAX 240-235-7074
morris@morrisfischerlaw.com
www.morrisfischerlaw.com



March 29, 2010

*VIA FEDEX*

Clerk of the Court
United States District Court
Eastern District of Virginia
Alexandria Division
401 Courthouse Square
Alexandria, VA 22314

    Re:    <u>Wilder Reed v. Washington Gas Light Company</u>
              Case No. 1:10cv223 (LMB/TCB)

Dear Clerk of the Court:

Due to the fact that this case was transferred to your court and we, as Plaintiff's counsel on record, are not admitted to practice in Virginia, we hereby file the enclosed withdrawal.

Thank you for your attention to this matter.

                                          Respectfully,

                                          Morris E. Fischer, Esq.

Enclosures